**United States District Court**
For the Northern District of California

1          **E-filed 9/8/10**

2

3

4

5

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                     SAN FRANCISCO DIVISION

10

11   LIDIA BARAJAS,                          No. C 10-1461 RS

12              Plaintiff,
         v.                                  **ORDER DISMISSING ACTION**
13

14   KAY-CO INVESTMENTS, INC. et al.,

15              Defendant.
     _____/
16

17          On August 12, 2010, an order issued requiring plaintiff to show cause why the remaining

18   claims and defendants in this action should not be dismissed, given her failure to appear or

19   participate in the litigation, as outlined therein.  Plaintiff was advised that if she elected not to file a

20   response to the order to show cause by August 31, 2010, the action would be dismissed.  No

21   response has been filed.  Accordingly, good cause appearing, this action is hereby dismissed.

22

23

24   IT IS SO ORDERED.

25

26   Dated:  9/7/10

27                                           RICHARD SEEBORG
                                             UNITED STATES DISTRICT JUDGE
28